IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANET LACEFIELD                                                                                         PLAINTIFF

    V.                                          NO.  3:11-CV-03052

FedEX CORPORATION,
FedEx OFFICE AND PRINT SERVICES, INC.,
FedEx CORPORATE SERVICES, INC., and
JOHN DOES, 1-20                                                                                       DEFENDANT

O R D E R

    PLAINITFF'S have filed a Motion to Compel (*See ECF No. 19*) on February 2, 2012 and the matter has been referred to the undersigned for disposition.  The matter was referred to the undersigned on February 6, 2012 but, due to mechanical error, was not electronically referred and the court did not become aware of the Motion until today.

    The Parties are hereby directed to confer in an attempt to settle the above discover dispute and, in the event the matter is still unresolved, the parties are directed to contact Ms.  Debbie Maddox within 10 days at 479-783-7045 for the purpose of setting the matter for a hearing to resolve the discovery dispute.

    IT IS SO ORDERED this March 2, 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE