IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANET LACEFIELD                                                                                          PLAINTIFF

V.                                        NO.  3:11-CV-03052

FedEx CORPORATION, ET AL                                                                   DEFENDANT

**ORDER CANCELLING SETTLEMENT CONFERENCE**

The above case was set for a Settlement Conference by order (ECF No. 26) dated April 13, 2012.  The parties have indicated to the court that there the case has been resolved.

Accordingly the Settlement Conference previously set is hereby **CANCELLED**.

IT IS SO ORDERED this June 7, 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge